**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: DISCIPLINE OF BRIAN D. KENT, ATTORNEY REGISTRATION NUMBER 94221, A MEMBER OF THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA | ) | Misc. No. 25-mc-681 |

**ORDER**

WHEREAS this Court was advised that Attorney Brian D. Kent ("Attorney Kent") was suspended on consent from the Bar of the Commonwealth of Pennsylvania for a period of three years, with one year to be served and two years stayed with probation on consent, by order of the Supreme Court of Pennsylvania dated May 23, 2025 entered in Disciplinary Proceeding Number 37 DB 2025; and

WHEREAS Attorney Kent was admitted to the Bar of this Court on July 15, 2015.

NOW THEREFORE IT IS HEREBY ORDERED that a Rule to Show Cause is issued to Attorney Kent to show good cause why a reciprocal discipline order should not be entered by the United States District Court for the Western District of Pennsylvania, returnable within thirty (30) days from the date of this order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to give notice of the entry of this order to Attorney Kent via registered or certified mail sent to the mailing address on record with the Pennsylvania Disciplinary Board because the address that Attorney Kent previously provided to this Court is for a law firm that is no longer in operation under the name or at the address given.

Date: June 12, 2025

/s/ *Mark R. Hornak*
Mark R. Hornak
Chief United States District Judge